### 35950. Plantation Pipe Line Company *v.* Hornbuckle, by Next Friend.

Felton, C. J. The judgment of this court reversing the judgment of the trial court overruling the general demurrer to the petition having been reversed by the Supreme Court (*Hornbuckle* v. *Plantation Pipe Line Company,* 212 *Ga.* 504, 93 S. E. 2d 727), the original judgment of this court is vacated and under the mandate of the Supreme Court, the judgment of the trial court overruling the general demurrer to the petition is affirmed.

*Judgment affirmed. Quillian and Nichols, JJ., concur.*
Decided September 18, 1956.

*Moise, Post & Gardner, R. Emerson Gardner,* for plaintiff in error.

*John L. Westmoreland, John L. Westmoreland, Jr., G. Ernest Tidwell,* contra.